IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GONZALO R. GONZALES,

        Plaintiff,                        No. CIV S-07-1604 GEB EFB P

    vs.

R.J. SUBIA, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 29, 2008, plaintiff requested an extension of time to file an amended complaint and either to pay the $350 filing fee or to file an application for leave to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b).

        Good cause appearing, it is ORDERED that the April 29, 2008, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint and either to pay the $350 filing fee or to file an application for leave to proceed *in forma pauperis*.

DATED: May 8, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE